**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01387-EWN-MJW

RAYMOND JOHNSON,

    Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS, INC., a Ohio corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay his or its own attorney's fees and costs.

Dated: August 14, 2006

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge